UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOMAS LEE GLEASON, JR., <br><br> Plaintiff, <br><br> v. <br><br> D. MOBLEY et al., <br><br> Defendants. | No. CV 14-08951-CBM (DFM) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Complaint, the parties' motion and opposition papers, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Neither party has filed any written objections to the report.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted.
2. Defendants' motion to dismiss is granted in part and denied in part as set forth in the Report and Recommendation.

///

///

3. Defendants are ordered to answer the remaining claims of the Complaint within fourteen (14) days of the date of this Order.

Dated: May 9, 2016

CONSUELO B. MARSHALL
United States District Judge